*WHEN RECORDED MAIL TO:*
D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| MATTHEW E ORSO | PLAINTIFF(S), | CV 2:20-mc-00116 |
| v. | | |
| TODD DISNER et al | | **ABSTRACT OF JUDGMENT/ORDER** |
| | DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 9/21/2020
in favor of Nationwide Judgment Recovery, Inc.
whose address is 8452 Katella Ave, Stanton CA 90680
and against Xiu Yan Hu
whose last known address is 419 E Norwood Pl San Gabriel CA 91776
for $ 24,782.73      Principal, $ 1,004.97      Interest, $ 0.00      Costs,
and $ 0.00      Attorney Fees.

ATTESTED this    20th    day of    October   , 2020 .
Judgment debtor's driver's license no. and state;                    (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;        3209        (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

Law Office of Sam Wu
8600 Utica Ave
Rancho Cucamonga, CA 91730

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk

1174

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER